

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2018

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

## O R D E R

After this court granted Appellants' second motion for extension of time to file the brief, we set Appellants' brief due on July 30, 2018. Before the due date, Appellants filed an unopposed third motion for extension to file Appellants' brief. Appellants request an additional fourteen days.

Appellants' motion is GRANTED. Appellants' brief is due on August 13, 2018. Any further motion for extension of time to file Appellants' brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court